# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Juan Antonio Castro-Osuna,<br><br>　　　　　　　　　　　Defendant. | Case No. **19-cr-04072-W**<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

46:70503(a)(1); 21:952,960,963; 8:1324(a)(2)(B)(ii); 8:1326(a); 18:2 - Possession of Marijuana with Intent to Distribute on Board a Vessel; Attempted Importation of Marijuana; Attempted Bringing in Aliens for Financial Gain; Attempted Reentry of Removed Alien; Aiding and Abetting

Dated: 11/5/2019

Hon. Jill L. Burkhardt
United States District Judge